

**FILED**

06/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0199

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0199

LAURENCE STEWART,

    Plaintiff and Appellant,

v.

MONTANA STATE PRISON, et al.,

    Defendants and Appellees.

**FILED**

JUN 09 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**ORDER**

    Appellees have moved to dismiss the appeal in this matter on the grounds that the Appellant Laurence Stewart is deceased. No representative for Appellant's estate has appeared in this matter and Appellees, via counsel, assert that they are unaware of the appointment of such.

    IT IS THEREFORE ORDERED that if a representative for the Estate does not appear by July 1, 2020, this matter shall be DISMISSED without further Order of this Court.

    The Clerk is directed to provide copies of this Order to all counsel of record.

    Dated this ___9___ day of June, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices